# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: March 24, 2023
Index #   1:23-CV-01576-VSB

ALTAGRACIA GOMEZ   Plaintiff

against

38TH STREET CAFE LLC (DBA DELECTICA), ET ANO   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY   SS.:

_____JAMES PERONE_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____March 13, 2023_____, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on _____38TH STREET CAFE LLC_____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _303 Limited Liability Company Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:   Approx. Age: _55-60_   Approx. Wt: _125lbs_   Approx. Ht: _5'1_
Color of skin: _White_   Hair color: _Red/Blonde_   Sex: _Female_   Other: _____

Sworn to before me on this
_13th_ day of March 2023

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC0308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

JAMES PERONE
Attny's File No.
Invoice•Work Order # S1889888

SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201