```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 ALTAGRACIA GOMEZ,                              :
                                                :
                                                :
                             Plaintiff,         :    23-CV-1576 (VSB)
                                                :
                -against-                       :         ORDER
                                                :
                                                :
 38TH STREET CAFE LLC (DBA                      :
 DELECTICA) AND SAGI OHAYON,                    :
                                                :
                             Defendants.        :
                                                :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

    In light of the proposed settlement agreement submitted by the parties, (Doc. 28), the post-discovery conference scheduled for Tuesday, November 28, 2023 is hereby adjourned (Doc. 22). The Court will issue an order regarding the proposed settlement agreement in due course.

SO ORDERED.

Dated:  November 22, 2023
       New York, New York

_____
Vernon S. Broderick
United States District Judge