UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ALTAGRACIA GOMEZ,                                :
                                                 :
                                                 :
                              Plaintiff,         :          23-CV-1576 (VSB)
                                                 :
               -against-                         :          **ORDER**
                                                 :
                                                 :
38TH STREET CAFE LLC (DBA                        :
DELECTICA), and SAGI OHAYON,                     :
                                                 :
                              Defendants.        :
                                                 :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On April 30, 2026, I held a status conference regarding Plaintiff's motion to reopen the case. (Doc. 32.) At the conference, Plaintiff informed me that Defendants had begun making payment pursuant to my Opinion & Order, (Doc. 31), as of the morning of April 30, 2026, (*see also* Doc. 34). The parties are to file a brief supplemental submission on or before May 15, 2026 indicating whether Defendants have resumed compliance with my Opinion & Order and Plaintiff's motion may be therefore denied as moot or whether there remains a live dispute in relation to Plaintiff's motion.

SO ORDERED.

Dated:  April 30, 2026
        New York, New York

_____
Vernon S. Broderick
United States District Judge